November 9, 2007

## In the United States District Court District of Delaware

Coppedge Real Estate, LLC /
c/o James Coppedge
3742 N. 18th Street / 1A
Philadelphia, Pennsylvania [19140]

    Vs

**DAVID YURKIE**
In his public capacity and private capacity

## AFFIDAVIT FOR MULTIPLICITY OF CIVIL ACTIONS

**Dear Mr. Yurkie:**

**Count One: Title 15 1692 (d) Harassment or Abuse Section (1) Incorporated into the entire complaint in conjunction with all other counts in this complaint. DAVID YURKIE used his political connections with DONNA MILLER'S aid to harass and abuse myself (James Coppedge) by illegally shaking him down to pay enormous unjustified fines via LICENSE & INSPECTION ZONING BOARD which I was coersed in appearing April 28, 2003, May 17, 2004, December 8, 2004, May 11, 2005, July 21, 2005, September 25, 2006, November 21, 2005, May 11, 2006, August 5, 2006, July 24, 2006, May 11, 2006, August 21, 2006, September 7, 2006, October 24, 2006, January 23, 2007, Ultra Vires Acts (See 21 cjc Section 91 Ultra Vires Municipal Courts, etc.**

**Count Two:  Title 15 Section 1692e False and Misleading Representation Incorporated in entire complaint. DONNA MILLER'S constituent DAVID YURKIE lied and said "that 3739 North 18th Street is a DRUG HOUSE, and ACCUSED ME OF BEING ON DRUGS AND RUNNING A DRUG HOUSE, falsely mislead the Defacto ZONING BOARD at an illegal hearing in which the plaintiff was illegally coerced into paying outstanding fines. Mr. Yurkie was responsible for my threatening court appearances as listed above.  These court appearances were _invidiously, discriminatory, and class based animus, (see_ Rowe vs. Tennessee, (1977), 431 f supp 1257, for political motivation Grimes vs. Smith, (1985) 776 f2d 1359, Cameron vs. Brock, (1973) 473 f2d 608, by ostensibly government actions Gemini Enterprises vs. WFMY, (1979) 470 f supp 559).**

**Count Three: Libel of Character by Malicious Tactics Incorporated into entire complaint.  DAVID YURKIE did publicly, and with malicious intentions attempted to ruin my reputation, and my business by invading my privacy with deformation of character on public record - lied to give off a false impression making me personally liable for punitive and pecuniary damages. (See Spence vs. Johnson, 142 GA. 267, 82 s.e 646 ann. Cas. 1916a, 1195 your malicious acts caused me financial losses and**

November 9, 2007

**extremely valuable time (See Holmes Electric-Protective Co. of Philadelphia vs. Goldstein, 147 Pa Super. 506,24 a 2d 161, 165; Schwimmer vs. Commercial Newspaper, 131 mis. 552, 228 N.Y.S. 220, 221)**

**Count Four: Tort a Direct Invasion of Some Legal Right of the Individual (See Mitchell vs. Health Culture Co., 349 MO. 475, 162 S.W 2d 233, 237).**

**Basis of Jurisdication Title 28 1333 change of venue Title 28 1404 A & B Parties**

**Claimant:    James Coppedge**

**Tortfeasor:    DAVID YURKIE MUST REUT THIS POINT FOR POINT AFFIDAVIT WITHIN SEVENTY TWO (72) HOURS, EXCLUDING THE DAY OF RECEPTION, UNDER PENALTY OF PERJURY VARIFIED WITH A LIE DETECTOR TEST. FAILURE TO REBUT AND/OR PASS A LIE DETECTOR TEST WILL CONSTITUTE CONFESSION OF ALL STATEMENTENTS IN THIS AFFIDAVIT FOR MULTIPLICITY OF CIVIL ACTION AND STIPULATION.**

**Remedy Sought**

**MONOTARY JUDGMENT:** Against the bank accounts and personal property of the tortfeason, DAVID YURKIE in the amount of $75,000.00 and the change of venue due to DAVID YURKIE'S possible retaliation against (myself) the victim/witness **AND A PERMANENT INJUNCTION ORDER TO CEASE AND DESISTING ORDER FOR DAVID YURKIE TO STAY AWAY FROM ME FOREVER.**

**Verification**

**I, James Coppedge hereby verify and declare that the facts set forth are true, correct and not misleading pursuant to wit under the penalty of fines without the United States, Title 28 1746.**

If you desire to rebut and disprove the negative averments asserted herein you must rebut in the manner prescribed of this Affidavit, and execute a true, correct and complete notarized statement with your signature and mail it to the below-named notary public: John T. Melving, Jr. at 4752 N. Broad Street, Philadelphia, PA 19141 within three (3) calendar days of receipt (excluding the day of receipt), or be in default thereof. Said default establishes on the record the confession and consent of judgment by silence that;

1). If your being in default thereof continue to act against me or Coppedge Real Estate, LLC in any manner to include in an official or an unofficial political oppression capacity, you are acting illegally without authority with a private capacity and in the complete absence of all authority and jurisdiction.

November 9, 2007

2). If you default, I can am fully authorized to employ any and all just and lawful means of remedy and recourse concerning action again you. Furthermore, you are admitting and confessing by default to be devoid of all rights and authority and official immunity.

*James Coppedge / Coppedge Real Estate, LLC., ie. 'One'*

Date: 11/12/2007

*Jurat*

*State of Pennsyulvania*     )
                            )   ss.
*County of Philadelpia*     )

*Subscribed and sworn to at PHILADELPHIA - PA before me this
27TH day of NOVEMBER, A.D. 2007.*

*Notary public*
*My Commission Expires NOV 15, 2011*
*WITNESS my hand and official seal*

*Signatures*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

December 3, 2007

MR. DAVID YURKIE
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA 19107

**RE:   1).   DAVID YURKIE Affidavit of Volunteer Monetary Liability of
Libel Defamation of Character and Tort on part of
James Coppedge/Coppedge Real Estate, LLC &**

   **2).   AFFIDAVIT OF DEFAULT STIPULATION OF MONOTARY
   JUDGMENT**

Dear Mr. Yurkie:

You have seventy (72) hours after receipt of this affidavit to rebut the following
allegations against you. Failure to do so will result in a default judgment.

1)   DAVID YURKIE does not have any first hand knowledge of the private life or
business life of James Coppedge and has absolutely no authority whatsoever to do
any of the unlawful acts due malicious false statements against myself.

2)   DAVID YURKIE falsely represented on recorded by libel against myself
(James Coppedge), due to political and financial motivation for his superior
DONNA MILLER and DAVID YURKIE will swear under penalty of perjury
voluntarily confessing to Title 15 1692 Section D&E.

3)   DAVID YURKIE is a racist and believes in oppression myself (James Coppedge)
rights for commercial gain and control of enterprise patters of racketeering and is
in a private conspiracy with the CITY OF PHILADELPHIA attorneys to illegally
and unlawfully shut down my business under Title 42 Section 1983, 1986 &
1994. 4)

4)   DAVID YURKIE will assume and uphold indenture ship of monetary damages in
his partaking of shake downs on the private properties of myself
(James Coppedge) without blaming anyone but himself forfeiting all rights to
remedy or appeal in this admiralty maritime contract award under Title 28 USC
Sect 1333not limited to Title 9 USC Section 2, and other applicable section
of enforcement of arbitration in any District Court in any state the claimant so
chooses. DAVID YURKIE agrees with this mutually and will be held to the letter
of any stipulations originating from this commercial contract.

This affidavit must be rebutted by DAVID YURKIE himself no one else with seventy two (72) hours flat. This includes any bar members since he entered into this contract on his own merit; he will hold his own sua sponte failure that will certify the facts **as is**, and the matter will be deemed a compulsory arbitration agreement enforceable after the seventy (72) hour default period expires. The terms of this stipulation will be carried out as a result of DAVID YURKIE'S judgment default. The arbitration agreement will seek to liquidate assets to satisfy the monetary judgment of $75,000.00 not limited to garnishment of his CITY OF PHILADELPHIA pay checks, wages or salaries.

Respondent **_must execute_** this affidavit of Volunteer Monetary Liability of Libel Defamation of Character and Tort on part of DAVID YURKIE and mail it to the below Notary Public: JOHN T MELVIN JR          at 4752 N BROAD ST, PHILA, PA 19141          within 72 hours after receipt.

## AFFIDAVIT OF DEFAULT STIPULATION OF MONOTARY JUDGMENT

The CITY OF PHILADELPHIA EMPLOYEE failure to rebut Affidavit for Multiplicity of Civil Action, date November 9, 2007 constitutes the following stipulations. This will be enforced as a Treaty, Treatise or International Agreement which will be upheld under the act of state doctrine as a foreign judgment. There is no cure with the exception of settlement of $75, 000.00 in damages of Libel Defamation of Character and Tort Claim for Deprivation of Legal Rights violations.

1.  This agreement will constitute full liability on the CITY OF PHILADELPHIA agent DAVID YURKIE individually and publicly.

2.  The payment will be enforced via the following options Maritime Lien on A.U.C.C. Contract in any state, as a Maritime contact under Federal supplemental rules A, B, C, & D or E Title 28 Section 1333, Title 9, USC 2 and other applicable application U.S. Marshal form in which the judgment creditor will pay for under Title 22, Section 258 Section 9A).

3.  Stipulations also include lien or garnishment of personal wages and seizure of bank accounts not limited to real estate properties of the said judgment debtor, immediately after terms of the default without further notice. All enforcement stipulation shall be exparteonly the defaulting party will voluntary waive 20 days service in any court RES Judicata Sanctions against the judgment debtor's property or monies are unappealable by obligation of contract.

**James Coppedge /**
**Coppedge Real Estate, LLC**

COMMONWEALTH OF PENNSYLVANIA

Jurat

COUNTY OF PHILADELPHIA          ss

On this ___30TH___ day of November, 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, James Coppedge / Copedge Real Estate, LLC before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF STIPULATION MONOTARY JUDGMENT, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

_____ James Coppedge / Copedge Real Estate, LLC

Page 3 of 4

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA the day and year first above written.

Subscribed and sworn to me at ___PHILADELPHIA___ - PA___ before me this ___30TH___ day of ___NOV___, A.D. 2007

Notary Public JOHN T MELVIN
My Commission Expires: NOV 15, 2011
WITNESS my hand and official seal

Signature

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

## CERTIFICATION OF NON-RESPONSE

I, $\underline{\text{JOHN T MELVIN}}$ ,

a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC / James Coppedge for Multiplicity of Civil Action from MR. DAVID YURKIE of PHILADELPHIA, PENNSYVLANIA.
on this $\underline{30TH}$ day of November 2007.

WITNESS my hand and official seal.

Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

## CERIFICATION OF NON-RESPONSE

I, ⎯⎯JOHN T MELVIN⎯⎯⎯⎯⎯⎯⎯ , a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC/ James Coppedge's **Affidavit of Volunteer Monetary Liability of Libel Defamation of Character and Tort nor the Affidavit of Default Stipulation of Monetary Judgment from Mr. David Yurkie as of the** 17TH **day of** DECEMBER _____ 2007.

WITNESS my hand and official seal.

_____
Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

_Richard Amos-Albright_   11/14/07

1. Article Addressed to:

MR. David Yurkie

City Hall

Room 312

Board + market Streets.

Phila, PA 19107

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 0100 0005 3578 4989

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

James Coffedge
3742 N. 18th Street
Phila. Pa. 19140

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Mr. David Yurka
City Hall Room 312
Broad & Market Street
Phila. Pa. 19307

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0006 6281 5891

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

**AFFIDAVIT OF SERVICE**     *James Coppedge*
*Coppedge Real Estate, LLC*
C/o 3742 N. 18th Street
Philadelphia, Pennsylvania 19140

_DAVID YURKIE_
_C/o Officer_
_Donna R. Miller_
_City Hall_
_Phila., PA. 19103_

Subject: _Civil Action_

Signed this **13TH** day of **NOVEMBER**, 20 **07** .

By: _James Coppedge, L. S._
     Officer or Agent

State of **PENNSYLVANIA**          }
County of **PHILADELPHIA**         } ss          JURAT

On **NOVEMBER 13TH**
20 **07** before me, **JOHN T MELVIN JR**

_____ , appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is/are subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity (ies), and that by his signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____

Signature of Notary

Affiant _____ know ____✓____ Produced ID

Type of ID ____PHOTO LICENSE_____

Seal)    **COMMONWEALTH OF PENNSYLVANIA**

NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

File Number: 2006091901558
Date Filed: 09/18/2006 08:00 AM
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge          215-913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Coppedge Real Estate, LLC
James Coppedge
P.O. Box 4482
Philadelphia, PA 19140

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0626164206

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
**CITY OF PHILADELPHIA**

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| City Hall - Recorder of Deeds, Room 111 | PHILADELPHIA | PA | 19130 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Government | Concurrent | | ☑NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Coppedge Real Estate, LLC**

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. Box 4482 | Philadelphia | PA | 19140 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The Debtor will "Accept for Value" all reclaimed authority of the Secured Party over all property and products. The Secured Party reclaims all related financial accounts, wherever, if any, concerning the Secured Party previously under t he Debtor's control under Rights of HJR 192 of June 5, 1993, and UCC 1-104, 10-104 reserved by the order of the courts and released to the Secured Party. All products of the collateral are also covered. The Debtor will recognize that the Secured Party is exempt from civil law suites and all third party levy (UCC 3-303, 3-305, 3-06). See Security Agreement in the Initial Financing Statement (TO 623 711 209 Dated: August 25, 2006).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

DOB: 7-29-44       EIN #: 0̶3̶ - 6̶ 6̶ 1̶ 3̶ 8̶ 4̶ 1̶

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

December 5, 2006

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

CITY OF PHILADELPHIA

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania

do hereby certify that the foregoing and annexed is a true and correct

photocopy of Uniform Commercial Code financing statement  2006091901558

which appear of record in this department.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and caused
the Seal of the Secretary's Office
to be affixed, the day and year
above written.

Pedro C. Cortés

Secretary of the Commonwealth

PHEG



J Coppedge
3742 N. 18 St
Philadelphia, Pen
Pennsylvania (19140)

FIRST CLASS

Office of the Clerk
U.S. District Court
District Court of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington Delaware 19801

INSURED MAIL - DOMESTIC ONLY

United States Postal Service

VH 700 366 310 US

NOTE: To file a claim for damage or loss of contents, the article, container, and packaging must be presented.

U.S. POSTAGE
DOV, DE
DEC 22, 1990
AMOUNT
$7.67
00047428-18

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

**United States District Court:  District of Delaware**

James Coppedge on behalf of
Coppedge Real Estate, LLC/ Judgment Creditor - Plaintiff
3742 N. 18th
Philadelphia, Pennsylvania, [19140]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

$-07-846-$

December 18, 2007

James Coppedge, Plaintiff vs. DAVID YURKIE ,DEFENDANT

Subject:  Civil Rights Violation Claim

To Clerk of U.S. Court;

A claim is filed against MR. DAVID YURKIE for violating my civil rights.  According to the
U.S. Constitution, I have the right to pursue life, liberty and the pursuit of happiness.  MR.
YURKIE interfered with those rights by publicly defaming my character at a Zoning Board
Hearing earlier this year.  This defamation of character is unacceptable.  The slanderous
statements have caused me great stress and financial damage.  MR. YURKIE declined to rebut
any of my affidavits.  He has defaulted by silence and consented to all of the allegations set forth
within the affidavits.  MR. YURKIE zealously put forth efforts to close down my business.
Therefore, a monetary judgment of $100,000.00 is claimed for remedy.

The following documentations are enclosed to support my claim.

1).    Affidavit of Deformation of Character
2).    Certification of Non-response
3).    Affidavit of Voluntary Monetary Liability of Liable Deformation of Character and Tort
4).    Affidavit of Default Stipulation of Monetary Judgment
5).    Certificate of Non-response #2

I am

Yours in Christ,

James Coppedge, Secured Party/Creditor, Propria Prosona