AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _07-846_

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

**FILED**
JAN 0 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____  _____
(Date forms issued)         (Signature of Party or their Representative)

                            _James Coppedge, L-S-_____
                            (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action