Plaintiff
James Coppedge on behalf of
Coppedge Real Estate, LLC/ Judgment Creditor
3742 N. 18th
Philadelphia, Pennsylvania, [19140]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 23, 2008

**RE: AFFIDAVIT OF SERVICE TO DAVID YURKIE**     Case #: 07-846

To: The Clerk of U.S. Court:

This Affidavit verifies the proof of service of the Summons to DAVID YURKIE on January 14, 2008, by Registered Mail insured for $25,000.00. Please see copy of the green card attached. If this service is not satisfactory, please advise.

Thank You.

_James Coppedge / CRE, LLC_
James Coppedge on behalf of
Coppedge Real Estate, LLC/ Judgment Creditor



FILED
JAN 2 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

STATE OF DELAWARE

COUNTY OF KENT          ss

On this __23rd__ day of January 2008, before me, a Notary Public of the State of Delaware in and for the County of Kent came, **James Coppedge / Coppedge Real Estate, LLC** before me personally known to be the JUDGMENT CREDITOR who is executing this **AFFIDAVIT OF PROOF OF SERVICE / SUMMONS** to DAVID YURKIE, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF DELAWARE, COUNTY OF KENT the day and year first above written.

Subscribed and sworn to me at __DOVER__ - __DELAWARE__ before me this __23rd__ day of __JANUARY__, A.D. 2008.

Notary Public _____
My Commission Expires: __09-06-11__
WITNESS my hand and official __BENJAMIN T. GARRETT__
seal _____
Signature

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Yurkie
City Hall Room 312
Brownsville PA 15417

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature:
X Richard Coughlin  ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
Richard Coughlin

C. Date of Delivery: 01/14/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RB 216617405

PS Form 3811, February 2004   Domestic Return Receipt

---

**Receipt for Registered Mail** (Customer Copy)
(See Information on Reverse)

Registered No. RB 216617405

Date Stamp: DOVER DE 19901 JAN 11 2008

Reg. Fee $
Handling Charge $
Postage $
Received by:
Customer Must Declare Full Value $
☐ With Postal Insurance  ☐ Without Postal Insurance
Domestic Insurance is Limited to $25,000; International Indemnity is Limited (See Reverse)

FROM:
James Copage
3742 N. 18th Street
Philadelphia PA 19140

TO:
David Yurkie
City Hall Room 312
Brownsville PA 15417

PS Form 3806, February 1995
All Entries Must Be in Ballpoint or Typed
To Be Completed By Customer (Please Print)
To Be Completed By Post Office



**WINDSWEPT ENT., LTD., INC.**
302-678-0805 • Fax 302-678-3906 • 302-678-3180

FROM:
DATE: 1/11/08  PHONE: (05) 913-1485
NAME: James Coppedge
ADDRESS: 3742 N. 18th Street
CITY: Phila.  STATE: PA  ZIP: 19140

BE SURE DELIVERY ADDRESS IS 100% ACCURATE.
THERE WILL BE AN ADDRESS CORRECTION FEE!
$5.00 FOR UPS GROUND • $7.50 - $10.00 FOR AIR
(UPS & FED-EX CHARGE FOR ANY ADDRESS CORRECTIONS)

SHIP TO:
DAVID YURKIE
City Hall Room 312
1280 N. Market St.
Phila PA 19106 [19107]
PHONE: (   )   -   ZIP

**PLEASE COMPLETE ALL INFORMATION BELOW**

DESCRIPTION OF CONTENTS: Legal papers
INSURANCE/VALUE: $00.00
Additional charges may apply

IF YOU PACK AND WRAP YOUR PARCEL, YOU ARE RESPONSIBLE FOR DOING SO IN MANNER TO AVOID DAMAGE. WINDSWEPT ENT., LTD., INC. WILL NOT BE HELD RESPONSIBLE FOR DAMAGES. LIABILITY IS NOT COVERED WHEN PRODUCT IS PACKED IN A USED BOX.

SATURDAYS & SUNDAYS ARE NOT REGULAR DELIVERY DAYS FOR UPS, FED-EX OR DHL. GROUND SERVICE NOT AVAILABLE. ADDITIONAL FEES APPLY FOR AIR/EXPRESS PACKAGES. SIGNATURE NOT REQUIRED FOR DELIVERY UNLESS REQUESTED (ADDITIONAL FEE APPLIES)
☐ I DO NOT NEED INSURANCE   ☐ I WOULD LIKE ADDITIONAL INSURANCE
I HAVE READ THE ABOVE AND AGREE TO SHIP MY PARCEL
CUSTOMER SIGNATURE: James C. ___

SHIPPING DATE: 1/11/08

IN THE UNLIKELY EVENT OF A QUESTION ABOUT YOUR PARCEL SHIPMENT PLEASE CALL WINDSWEPT ENT., LTD., INC. DO NOT CALL THE CARRIER. GIVE YOUR NAME, PHONE NUMBER, AND PARCELS DESTINATION. ALL CLAIMS MUST BE MADE WITHIN 90 DAYS OF SHIPPING. WINDSWEPT ENT., LTD., INC. WILL ACT AS YOUR AGENT IN FILING ANY CLAIMS WITH THE CARRIER AND WILL RELY ON THE CARRIER'S INVESTIGATION TO DETERMINE ANY COMPENSATION DUE.

| BOX | 1 | 2 | | |
|---|---|---|---|---|
| LBS. | | | UPS GROUND | ☐ |
| ZONE | | | UPS NEXT DAY AIR | ☐ |
| | | | UPS SECOND DAY AIR | ☐ |
| BOX | 3 | 4 | UPS THIRD DAY AIR | ☐ |
| LBS. | | | FEDERAL EXPRESS | ☐ |
| ZONE | | | U.S. MAIL | ☑ |

| | |
|---|---|
| INSURANCE | |
| BOX/ENVELOPE | |
| PACKAGING | |
| SHIPPING | |
| | |
| TOTAL | |

NOTE:

KEEP THIS RECEIPT FOR VERIFICATION OF SHIPPMENT

2. Article Number
(Transfer from service label)
PS Form 3811, February 20

J. Coppedge / CRE
3742 N. 18th Street
Philadelphia, Pennsylvania
19140

CERTIFIED MAIL
7006 2760 0001 9879 5896

U.S. POSTAGE PAID
DOVER, DE 19901
JAN 24, 08
AMOUNT $5.21

Office of the Clerk
U.S.D.C.
District of Delaware

Lock Box 18
844 King Street
US Courthouse
Wilmington, DE 19801