# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

**Plaintiff**

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]
Phone: 215-226-0259      V.

**Defendant**
David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA  19107

CASE NUMBER:    07-846

_Feb. 7, 2008_

```
FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```
RD Scanned

### AFFIDAVIT OF DEFAULT JUDGMENT

TO the Office of the Clerk of Court:

Whereas the DEFENDANT has failed to comply with the order of the court to answer the complaint of the summons within 20 days, the plaintiff demands judgment by default be entered against the defendant ,not only for the original 72 hour fault for non response ,but also for present default. This contract is irrevocable and enforceable. Request mediation or settlement conference be schedule for the $ 100,000.00 USD requested.

Respectfully,

James Coppedge, Pro Per

ON THIS 7 DAY OF February, 2008
James Coppedge APPEARED DE Uc# 1574111
BEFORE ME William J. M966
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

com # 200643197115

**Plaintiff**
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC/ Judgment Creditor**
**3742 N. 18th**
**Philadelphia, Pennsylvania, [19140]**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 23, 2008

### RE: AFFIDAVIT OF SERVICE TO DAVID YURKIE          Case #: 07-846

To: The Clerk of U.S. Court:

This Affidavit verifies the proof of service of the Summons to DAVID YURKIE on January 14, 2008, by Registered Mail insured for $25,000.00. Please see copy of the green card attached. If this service is not satisfactory, please advise.

Thank You,

James Coppedge on behalf of
**Coppedge Real Estate, LLC/ Judgment Creditor**

STATE OF DELAWARE

                                                            Jurat

COUNTY OF KENT                          ss

On this ___23rd___ day of January 2008. before me, a Notary Public of the State of Delaware in and for the County of Kent came, **James Coppedge / Coppedge Real Estate, LLC** before me personally known to be the JUDGMENT CREDITOR who is executing this **AFFIDAVIT OF PROOF OF SERVICE / SUMMONS** to DAVID YURKIE, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF DELAWARE, COUNTY OF KENT the day and year first above written.

Subscribed and sworn to me at ___DOVER___ - ___DELAWARE___ before me this ___23rd___ day of ___JANUARY___. A.D. 2008.

Notary Public _____
My Commission Expires: ___09-06-11___
WITNESS my hand and official          BENJAMIN T. GARRETT

seal _____
    Signature

## CERIFICATION OF NON-RESPONSE

I, ___JOHN T MELVIN_____, a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate. LLC/ James Coppedge's Affidavit of Volunteer Monetary Liability of Libel Defamation of Character and Tort nor the Affidavit of Default Stipulation of Monetary Judgment from Mr. David Yurkie as of the ___10TH___ day of ___FEB_____ 2008

(Summons - 14 Jan 08)

WITNESS my hand and official seal.

_____
Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Plaintiff**

District of _____ Delaware _____

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania |19140|
Phone: 215-226-0259      V.

**SUMMONS IN A CIVIL CASE**

**Defendant**
David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA 19107

CASE NUMBER:      07-846

TO: (Name and address of Defendant)

David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA 19107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania |19140|
Phone: 215-226-0259

**Pro Per**

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/9/08

CLERK                                                    DATE

Beth Diena

(By) DEPUTY CLERK



Mr. James Coppedge
PO Box 4482
Phila., PA 19140

7006 2760 0000 3583 2951

CERTIFIED MAIL

Office of The Clerk of Court
U S District Court
Lockbox 18
844 King Street
Wilmington, DE 19801