

**S**AUL
**E**WING
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

February 11, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Coppedge v. Yurkie*, Case No. 1:07-cv-846-GMS-MPT

Dear Chief Judge Sleet:

I write on behalf of defendant David Yurkie ("Mr. Yurkie") in opposition to plaintiff James Coppedge's Request for Default Judgment which was filed on February 8, 2008 (D.I. 10.) Entry of default judgment would not be appropriate in this matter as Mr. Yurkie complied with the Court's rules. Mr. Yurkie was served with the complaint in this action on January 14, 2008. (D.I. 6). His response was thus due twenty days later – or February 3, 2008. Fed. R. Civ. P. 12. February 3, however, was a Sunday. Thus, Mr. Yurkie's response was due February 4, 2008. The Court's docket, itself, evidenced this requirement. (*See* D.I. 6). Mr. Yurkie did, in fact, file his response on February 4, 2008. (D.I. 8 and 9).

Mr. Yurkie sincerely hopes that Mr. Coppedge will, upon receipt of this letter, withdraw his Request and not cause Mr. Yurkie to expend his valuable resources defending against it. If he fails to do so, Mr. Yurkie respectfully requests that the Request should be denied. As always, counsel remains available at the Court's convenience if Your Honor has any questions.

Respectfully,

Michael R. Robinson (No. 4465)

cc:   Mr. James Coppedge (Via First Class U.S. Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
556435.1 2/11/08                           A DELAWARE LIMITED LIABILITY PARTNERSHIP