# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Plaintiff**<br>**James Coppedge on behalf of**<br>**Coppedge Real Estate, LLC**<br>3742 N. 18th Street<br>Philadelphia, Pennsylvania [19140]<br><br>         Vs.<br><br>DEFENDANT<br>MR. DAVID YURKIE<br>CITY HALL, ROOM 312<br>BROAD & MARKET STREETS<br>PHILADELPHIA, PA 19107 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 07-846 *GMS* |

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of the Plaintiff **James Coppedge/Coppedge Real Estate, LLC's** Motion to grant the complaint, for no rebuttal thereto, it is **ORDERED** that the complaint in this action is **GRANTED WITH PREJUDICE.**

_____
Magistrate Judge Gregory M. Sleet



FILED
MAR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7007 1490 0003 3150 3544

CERTIFIED MAIL

U.S. District Court
Office of the Clerk
District Court of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, DE 19801

U.S. POSTAGE PAID
PHILADELPHIA, PA
19144
MAR 14, '08
AMOUNT
$5.21
00039219-24