<div align="right">
Plaintiff  
James Coppedge on behalf of  
Coppedge Real Estate, LLC/ Judgment Creditor  
3742 N. 18th  
Philadelphia, Pennsylvania, [19140]
</div>

OFFICE OF THE CLERK  
UNITED STATES DISTRICT COURT  
DISTRICT COURT OF DELAWARE  
LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  

<div align="right">May 2, 2008</div>

**RE: <u>AFFIDAVIT OF DEFAULT JUDGEMENT</u>**     Case #: 07-846

To: The Clerk of U.S. Court:

    Please help me understand the reason why the DEFENDANT, DAVID YURKIE'S case has not been scheduled for arbitration and settlement. Please see attached exhibits.

Thank You.

Respectfully In Christ,

*[signature]* ucc 3 419,-204-627(3 s)

James Coppedge on behalf of  
Coppedge Real Estate, LLC/ Judgment Creditor

5/5/08

RECEIVED MAY - 7 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

COMMONWEALTH OF PENNSYLVANIA  
Notarial Seal  
William C. Haldeman, Notary Public  
City of Philadelphia, Philadelphia County  
My Commission Expires April 11, 2012  
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**James Coppedge,**          }
                             }
      **Plaintiff,**       }
                             }
                             }
v.                           }          CASE NO. 07-846
                             }
                             }
DAVID YURKIE,                }
                             }
      Defendant,           }
                             }

## ORDER

At Wilmington this _____ day of April, 2008.

IT IS ORDERED that upon consideration of the plaintiff's motion for default judgment against the Defendant, David Yurkie, for no response to the Complaint thereto, it is hereby ORDERED and DECREED that the plaintiff's motion for default judgment against the Defendant is GRANTED

BY THE COURT:

_____
JUDGE
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

Plaintiff                              District of _____ Delaware _____

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania {19140}
Phone: 215-226-0259

Defendant                                              CASE NUMBER   07-846
David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS                                 Feb. 7, 2008
PHILADELPHIA, PA  19107


## AFFIDAVIT OF DEFAULT JUDGMENT

TO the Office of the Clerk of Court:

Whereas the DEFENDANT has failed to comply with the order of the court to answer the complaint of the summons within 20 days, the plaintiff demands judgment by default be entered against the defendant ,not only for the original 72 hour fault for non response ,but also for present default. This contract is irrevocable and enforceable. Request mediation or settlement conference be schedule for the $ 100,000.00 USD requested.

Respectfully,

James Coppedge, Pro Per

ON THIS ___7___ DAY OF __February__, 2008
__James Coppedge__ APPEARED DE uc# 157401
BEFORE ME __William J-M966__
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE. COUNTY OF KENT.

# UNITED STATES DISTRICT COURT

**Plaintiff**

District of

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]
Phone: 215-226-0259

**SUMMONS IN A CIVIL CASE**

**Defendant**

David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA 19107

CASE NUMBER: 07-846

TO:

David Yurkie
CITY HALL, ROOM 312
BROAD & MARKET STREETS
PHILADELPHIA, PA 19107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

James Coppedge on behalf of
Coppedge Real Estate, LLC
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]
Phone: 215-226-0259

Pro Per

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Coppedge Real Estate, LLC/ Judgment Creditor
3742 N. 18th
Philadelphia, Pennsylvania, [19140]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 23, 2008

**RE: AFFIDAVIT OF SERVICE TO DAVID YURKIE**    Case #: 07-846

To: The Clerk of U.S. Court:

This Affidavit verifies the proof of service of the Summons to DAVID YURKIE on January 14, 2008, by Registered Mail insured for $25,000.00. Please see copy of the green card attached. If this service is not satisfactory, please advise.

Thank You,

_[signature]_ /CRE, LLC
James Coppedge on behalf of
**Coppedge Real Estate, LLC/ Judgment Creditor**

STATE OF DELAWARE
                                  Jurat
COUNTY OF KENT         ss

On this __23rd__ day of January 2008, before me, a Notary Public of the State of Delaware in and for the County of Kent came, **James Coppedge / Coppedge Real Estate, LLC** before me personally known to be the JUDGMENT CREDITOR who is executing this **AFFIDAVIT OF PROOF OF SERVICE / SUMMONS** to DAVID YURKIE, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF DELAWARE, COUNTY OF KENT the day and year first above written.

Subscribed and sworn to me at __Dover__ - __Delaware__ before me this __23rd__ day of __January__, A.D. 2008.

Notary Public _[signature]_
My Commission Expires: _02-CE-11_
WITNESS my hand and official _BENJAMIN T. GARRETT_

seal _[signature]_
Signature

## CERIFICATION OF NON-RESPONSE

I, _JOHN T MELVIN_ (Summons – 14 Jan 08), a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC/ James Coppedge's Affidavit of Volunteer Monetary Liability of Libel Defamation of Character and Tort nor the Affidavit of Default Stipulation of Monetary Judgment from Mr. David Yurkie as of the ____ day of ____ FEB ____ 2008.

WITNESS my hand and official seal.

_____
Signature of Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
  City of Philadelphia, Phila. County
My Commission Expires November 15, 2011
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

Registered No.

| Reg Fee $ | | |
| Handling Charge $ | | Return Receipt $ |
| Postage $ | | Restricted Delivery $ |
| Received by | | |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance | |

Date Stamp

FROM:

TO:

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

[illegible]

**Registered No.** RE442766174US

**Date Stamp**

DOVER DE 1990
JAN 11 2008
USPS

| To Be Completed By Post Office | | |
|---|---|---|
| | Reg Fee $ | Special Delivery $ |
| | Handling Charge $ | Return Receipt $ |
| | Postage $ | Restricted Delivery $ |
| | Received by | |

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | | |
|---|---|---|
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance — Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| FROM | James Coppedge<br>3742 N. 18th Street 19140<br>Philadelphia Pennsylvania 19140 | |
| TO | David Yuckie<br>City Hall Room 3.2<br>Broad & Markets Phila Pa 19107 | |

PS Form **3806**, February 1995 **Receipt for Registered Mail** *(Customer Copy)* *(See Information on Reverse)*

