In the United States District Court District of Delaware

James Coppedge
Vs
Michael Robinson 08-289 6MS
Gerald Leatherman 07-763 6MS
Dave yurkie 07-846 6MS

Plea agreement

As followed the defendants will accept this guilty as charged plea agreement to avoid the maximum penalty for violating title 18 mail fraud , interference with commerce conspiracy and deprivation of rights under color of law sections 241,242,1341, 1951 ,1952

Each defendant will pay the total sum to the victim James Coppedge $100,000 for their criminal actions committed January 2nd 2008 March 18th 2008 under admiralty maritime settlement case number 107-cv-00763 in accord with the original contracts the defendants agreed previously

Each defendant will cooperate and agree with the terms of this plea agreement without question if the defendants should fail to cooperate with this plea agreement when they are found guilty each will accept the maximum penalties under federal guide lines and still be held civilly liable in the amount of $100,000 regardless of what direction the victim make decide under title 18 section 1964 section c



