## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | ) ) | Case No.: 1:07-cv-00846-GMS-MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID YURKIE, | ) | |
| | ) | |
| Defendant. | ) | |

### RENEWED MOTION TO DISMISS

Defendant David Yurkie, by his undersigned counsel, hereby renews his request that this Court dismiss the Complaint in this action with prejudice because:

1.    Plaintiff has failed to retain counsel as ordered by this Court on July 8, 2008 (D.I. 20); and

2.    For all the reasons stated in the Motion to Dismiss filed on February 8, 2008 (D.I. 8) as well as the Opening Brief in support thereof (D.I. 9).

/s/ Michael R. Robinson
Michael R. Robinson (Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:    (302) 421-6800
Facsimile:    (302) 421-6813
Email: mrobinson@saul.com
*Counsel for Defendant David Yurkie*

Dated:  August 21, 2008

561108.2 8/20/08

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | ) | Case No.: 1:07-cv-00846-GMS-MPT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID YURKIE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant David Yurkie's Renewed Motion to Dismiss the Complaint in this action, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

_____
Chief Judge Gregory M. Sleet
United States District Court

561108.2 8/20/08

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 21st day of August, 2008, I caused to

be electronically filed a true and correct copy of the foregoing *Renewed Motion to Dismiss* with

the Clerk of Court using CM/ECF which will send notification of such filing.  A copy of the

document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA  19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA  19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:    (302) 421-6800
Email:         mrobinson@saul.com

561108.2 8/20/08